UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

ANDREW STEPHEN HULETT,   Case No. 19-46577-mlo
                         Chapter 7
    Debtor   Hon. Maria L. Oxholm
_____/

v.

MANAGEDWAY COMPANY,   Adversary No. 19-04308-mlo

    Plaintiff,

vs.

ANDREW STEPHEN HULETT,

    Defendant.
_____/

### STIPULATION RESOLVING DEFENDANT'S MOTION TO COMPEL THE DEPOSITION OF ROBERT SANDERS (PRESIDENT AND CEO OF MANAGEDWAY COMPANY) AND REQUEST FOR SANCTIONS

Defendant, Andrew Stephen Hulett, by and through his counsel, OSIPOV BIGELMAN, P.C., and Plaintiff, ManagedWay Company, by and through their counsel, HOWARD & HOWARD ATTORNEYS PLLC, hereby stipulate to the entry of the Order Resolving the Motion to Compel the Deposition of Robert Sanders (President and CEO of ManagedWay Company) and Request for Sanctions (attached hereto as "**Exhibit A**").

Agreed:

| HOWARD & HOWARD ATTORNEYS PLLC | OSIPOV BIGELMAN P.C. |
|---|---|
| By: */s/ Brandon J. Wilson (with Consent)* <br> Brandon J. Wilson (P73042) <br> West Fourth Street <br> Royal Oak, MI 48067 <br> Phone: (248) 645-1483 <br> E-mail: bjw@h2law.com <br> *Attorneys for Plaintiff* | By: */s/ Jeffrey H. Bigelman* <br> Jeffrey H. Bigelman (P61755) <br> 20700 Civic Center Drive, Suite 420 <br> Southfield, MI 48076 <br> Phone: (248) 663-1800 <br> E-mail: jhb@osbig.com <br> *Attorneys for Defendant* |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

ANDREW STEPHEN HULETT,  Case No. 19-46577-mlo
 Chapter 7
    Debtor  Hon. Maria L. Oxholm
_____/

v.

MANAGEDWAY COMPANY,  Adversary No. 19-04308-mlo

    Plaintiff,

vs.

ANDREW STEPHEN HULETT,

    Defendant.
_____/

## ORDER RESOLVING DEFENDANT'S MOTION TO COMPEL THE DEPOSITION OF ROBERT SANDERS (PRESIDENT AND CEO OF MANAGEDWAY COMPANY) AND REQUEST FOR SANCTIONS

THIS MATTER came before the Court upon stipulation between Defendant, Andrew Stephen Hulett and Plaintiff, ManagedWay Company. The Parties, through their respective counsel, have reviewed this order and agree to same, as evidenced by their signatures on the Stipulation. The Court being otherwise fully advised enters this Order.

IT IS HEREBY ORDERED that Robert Sanders (President and CEO of ManagedWay Company) shall appear for a Deposition on **Monday, August 3, 2020 at 10:30 a.m.** EST eastern standard time and continuing until complete, before a Notary Public authorized by law to administer oath and take depositions. The witness and counsel for the parties will participate in the deposition by videoconference. The deposition will be video recorded and transcribed by a court reporter who will participate in the deposition by remote video from another location. The examination will continue from day to day until completed.

**EXHIBIT A**

IT IS FURTHER ORDERED that the Telephonic Hearing on Defendant's Motion to Compel the Deposition of Robert Sanders (President and CEO of ManagedWay Company) and Request for Sanctions scheduled on July 23, 2020 at 11:00 a.m., shall be removed from the docket.