UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 19-46577-mlo |
| | Hon. Maria L. Oxholm |
| ANDREW STEPHEN HULETT, | Chapter 7 |
| Debtor. | |

| | |
|---|---|
| MANAGEDWAY COMPANY, | |
| Plaintiff, | Adversary No. 19-04308-mlo |
| vs. | |
| ANDREW STEPHEN HULETT, | |
| Defendant. | |

**ORDER GRANTING EX-PARTE MOTION
FOR EXPEDITED HEARING ON DEFENDANT'S MOTION TO
COMPEL DEPOSITION OF PLAINTIFF'S EXPERT WITNESS**

This matter came before the Court on the Debtor's Ex-Parte Motion for Expedited Hearing on Defendant's Motion to Compel Deposition of Plaintiff's Expert Witness. The Court has determined that good cause exists for scheduling an expedited hearing on shortened notice. Accordingly,

**IT IS ORDERED** that the Motion to Compel Deposition of Plaintiff's Expert Witness shall be held on **Thursday, August 27th, 2020 at 2:00 p.m**[1].

---

[1] Consistent with the Court's Administrative Order No. 2020-4 filed March 16, 2020, effective immediately and until further notice, Judge Oxholm will conduct all conferences and non-evidentiary hearings by telephone. At least five minutes before the scheduled time for hearing, counsel and parties should call (877) 336-1831 and use Access Code 6226995. Landline connections are much preferred, but cell phone or other telephone services are allowed. Counsel and parties should place their phone on mute and wait until their case is called before unmuting their phone and participating

**Signed on August 17, 2020**



/s/ Maria L. Oxholm
**Maria L. Oxholm**
**United States Bankruptcy Judge**